UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DENNIS A. ORR,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WARDEN PHILLIP VALDEZ, and KLINT STANDER, M.D.;<br><br>　　　　　Defendants. | Case No. 1:10-CV-00034-EJL<br><br>**JUDGMENT** |

　　　Based upon this Court's Memorandum Decision and Order, entered herewith, and the Court being fully advised in the premises;

　　　**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff take nothing from the Defendants and this case is **DISMISSED IN ITS ENTIRETY**.

DATED: **March 8, 2012**

_Edward J. Lodge_ (signature)

Honorable Edward J. Lodge
U. S. District Judge

**JUDGMENT - 1**